**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRIAN DOTY,

                    Plaintiff,

-against-

TAPPAN ZEE CONSTRUCTORS LLC,
                    Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/19

17 CIVIL 7947 (KMK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 18, 2019, and for the reasons stated on the record at Oral Argument on December 17, 2019, Defendant's Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
         December 18, 2019

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                      **BY:**

                                                      Deputy Clerk